SEALED

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUL 22  AM 10: 34

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY C. TYLER,<br><br>Defendant. | 8:26CR 136<br><br>INDICTMENT<br>18 U.S.C. § 2252(a)(1) & (b)(1)<br>18 U.S.C. § 2252(a)(4)(B) & (b)(2) |

The Grand Jury charges that

### COUNT I

Between on or about January 27, 2024, and on or about April 17, 2025, in the District of Nebraska and elsewhere, defendant JEFFREY C. TYLER, did knowingly transport, and attempt to transport, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

### COUNT II

Between on or about January 27, 2024, and on or about April 17, 2025, in the District of Nebraska, defendant JEFFREY C. TYLER, did knowingly possess at least one matter which contained a visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images depicting a prepubescent minor and a minor under the age of 12 years, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2).

SEALED

A TRUE BILL.

_____

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
SARAH A. HINRICHS, #24335
Assistant U.S. Attorney